UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00414-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES BENJAMIN HERNANDEZ, a/k/a Andres Benjamin Hernandez, Jr.,

    Defendant.

## MINUTE ORDER

    The Government shall file a response to Defendant's Motion for Early Termination of Supervised Release [ECF No. 4], filed January 11, 2012, no later than **Monday, February 6, 2012.** Probation shall also file a response to Defendant's Motion [ECF No. 4] no later than **Monday, February 6, 2012.**

    Dated: January 23, 2012